IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01286–EWN–CBS

ALEXANDER BONDARENKO,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General,
U.S. Postal Service,

    Defendant.

---

# ORDER

---

This matter is before the court on Defendant's "Motion for Summary Judgment and Supporting Brief," filed February 19, 2008. After perusing the brief, the court concluded that a rule violation requires it to be stricken and refiled.

Defendant's brief fails to comport with this court's practice standard concerning factual submissions by a summary judgment movant, which provides:

> In a section of the brief . . . styled "Statement of Undisputed Material Facts," the movant shall set forth in ***simple, declarative sentences, separately numbered and paragraphed***, each material fact which the movant believes is not in dispute and which supports movant's claim that movant is entitled to judgment as a matter of law.

(Practice Standards — Civil: Special Instructions Concerning Motions for Summary Judgment ¶ 1 [emphasis added].) This rule exists for a reason. It focuses the parties on specific facts and

permits the court to distinguish between those allegations which are truly at issue and those which are not.

Contrary to this simple requirement, Defendant has proffered a number of lengthy paragraphs, each containing multiple factual allegations. (*See, e.g.*, Mot. for Summ. J. and Supporting Br., Undisputed Material Facts ¶¶ 1–3, 5–7, 9–10 [filed Feb. 19, 2008].) Rather than permit Plaintiff to respond to these compound allegations, the court will strike Defendant's brief and require a compliant submission.

Based on the foregoing it is therefore ORDERED that:

1. Defendant's motion for summary judgment (#19) is STRICKEN.

2. Defendant has ten days from the date of this order to submit a compliant brief.

Dated this 22nd day of February, 2008

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge